UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT THE PUBLIC'S TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 24-0595 (JEB) <br> U. S. OFFICE OF PERSONNEL ) <br> MANAGEMENT, ) <br> ) <br> Defendant. ) | |

## JOINT STATUS REPORT

The Parties, Plaintiff, Protect the Public's Trust ("Plaintiff") and Defendant the U.S. Office of Personnel Management, ("Defendant"), through counsel, respectfully file this Joint Status Report in response to the Court's Minute Order dated November 12, 2024, to provide the Court with a status update on Defendant's search and processing of records in response to Plaintiff's Freedom of Information Act ("FOIA") request.

1. Plaintiff's FOIA request to the Office of Personnel Management sought records "from January 20, 2021, through the date the request was processed records of emails sent to or received by politicalconversions@opm.gov" and "from January 20, 2021 through the date the request was processed records of agency pre-appointment request checklist – competitive service positions forms sent to Merit System Accountability and compliance director Ana A. Mazzi Compl. ¶ 6 (ECF No. 1).

2. On August 7, 2024, Defendant reported that OPM had gathered all responsive records for both of the information categories requested and was continuing its review of the

responsive records, and consideration of any applicable exemptions, as well as the need for consultations with other agencies. Defendant further reported that OPM anticipated releasing checklist materials by the end of August, and would then focus its review on about 6200 emails for a production in September.

3. On October 16, 2024, Defendant provided records to Plaintiff in response to the request for pre-appointment request checklists totaling 143 pages. The 143 was the complete response to that category of information. Defendant continues to review records responsive to the request for email to the political conversion inbox at OPM. Defendant plans to review at least 350 pages per month until its review of all responsive records is complete. Part of its review includes consultation with agencies, which adds time to its process of review.

4. For its second interim response, Defendant reviewed 955 pages that originated with the Commodity Futures Trading Commission (CFTC). After completing a consultation the CFTC, Defendant provided 44 partially redacted pages to Defendant on February 2, 2025.

5. In light of the foregoing, the parties propose to file another joint status report on or before May 7, 2025, that includes an update on the parties' ongoing efforts to resolve this matter.

\*   \*   \*

<table>
<tr><td>

Dated: February 6, 2025
      Washington, DC

  */s/*   *Karin Sweigart*
Karin Sweigart
D.D.C. Bar # CA00145
DHILLON LAW GROUP, INC
177 Post Street Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Ksweigart@dhillonlaw.Com


*Counsel for Plaintiff*

</td><td>

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      */s/ Sian Jones*
    SIAN JONES, D.C. Bar # 1024062
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C.   20530
    (202) 252-2578

*Attorneys for the United States of America*

</td></tr>
</table>